| | |
|---|---|
| 1 | Arthur J. Chapman, Esq., Bar No. 79866 |
| 2 | CHAPMAN GLUCKSMAN DEAN ROEB & BARGER |
|   | A PROFESSIONAL CORPORATION |
| 3 | 11900 WEST OLYMPIC BOULEVARD, SUITE 800 |
|   | LOS ANGELES, CALIFORNIA 90064-0704 |
| 4 | (310) 207-7722 • FAX: (310) 207-6550 |

Attorneys for Defendant, MICHAEL JENZEH, STEFANIE JENZEH, and OMNI ENVIRO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM BIOTEK PTY, LTD, an Australian proprietary limited company, | Case No.: CV121809 RMW |
| | Action Filed: April 11, 2012 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME TO FILE AN ANSWER TO THE COMPLAINT |
| v. | |
| MICHAEL JENZEH, an individual, STEFANIE JENZEH, an individual, OMNI ENVIRO, LLC, a California limited liability company, | Trial Date: Not Set |
| Defendants. | |

The parties, through the undersigned counsel, hereby stipulate and agree as follows:

1. Defendants Michael Jenzeh, Stefanie Jenzeh, and Omni Enviro, LLC have recently retained counsel to respond to the complaint in this action.

2. In order for counsel for defendants to have sufficient time to prepare an Answer to the Complaint the parties have agreed to extend the deadline to respond to the complaint

until July 9, 2012.

IT IS HEREBY STIPULATED AND AGREED:

DATED:  June 29, 2012          OWEN, WICKERSHAM & ERICKSON

By: _____
LAWRENCE G. TOWNSEND
Attorneys for Plaintiff, QUANTUM BIOTEK PTY.
LTD


DATED:  June 29, 2012          CHAPMAN, GLUCKSMAN, DEAN,
                                ROEB & BARGER
                                A Professional Corporation

By: _____
ARTHUR J. CHAPMAN
Attorneys for Defendants, MICHAEL JENZEH,
STEFANIE JENZEH, and OMNI ENVIRO LLC


[PROPOSED] ORDER

Pursuant to the Stipulation of the parties, in good cause appearing, it is hereby ordered that the date for defendants to respond to the complaint shall be continued to July 9, 2012.

DATED: _____        *Ronald M. Whyte*
                                HON. JUDGE OF THE UNITED STATES
                                DISTRICT COURT