UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA 

QUANTUM BIOTEK PTY LTD.
             Plaintiff(s),
       v.

MICHAEL JENZEH, an individual, STEFANIE JENZEH, an individual, OMNI ENVIRO LLC, a California limited liability company,
             Defendant(s).
_____

MICHAEL JENZH, et al.
             Counterclaim-Plaintiffs,
       v.

QUANTUM BIOTEK PTY LTD.
             Counterclaim-Defendants.
_____/

CASE NO. CV12 1809 RMW

**STIPULATION AND []
ORDER SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    ☐   Non-binding Arbitration (ADR L.R. 4)
    ☐   Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    **XX**   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ☐   Private ADR (*please identify process and provider*) _____
_____

The parties agree to hold the ADR session by:
    ☐   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)
    **XX**   other requested deadline **ninety (90) days from the Case Management Conference.**

Dated: August 24, 2012                         /s/ Lawrence G. Townsend
                                                 Attorney for Plaintiff

As the filing attorney, I attest that the foregoing is accepted by counsel signing below.

Dated: August 24, 2012                         /s/ Arthur Chapman
                                                 Attorney for Defendant

**[] ORDER**

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.


Dated:  9/13/12

*Ronald M. Whyte*
Ronald M. Whyte
UNITED STATES DISTRICT JUDGE


When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11