| | |
|---|---|
| OWEN, WICKERSHAM & ERICKSON, P.C.<br>LAWRENCE G. TOWNSEND CBN 88184<br>ERIC D. GELWICKS CBN 276355<br>455 Market Street, Suite 1910<br>San Francisco, California 94105<br>Telephone:   415.882.3200<br>Facsimile:    415.882.3232<br>Email: ltownsend@owe.com<br>Email: egelwicks@owe.com | ALLMAN & NIELSEN, P.C.<br>STEVEN A. NIELSEN CBN 133864<br>100 Larkspur Landing Cir, Suite 212<br>Larkspur, California 94939<br>Telephone:   415.461.2700<br>Facsimile:    415.461.2726<br>Email: Steve@NielsenPatents.com |

Attorneys for Plaintiff/Counterclaim-Defendant QUANTUM BIOTEK PTY, LTD.; Counter-Defendant ARTHUR TWAIN

| | |
|---|---|
| CHAPMAN GLUCKSMAN DEAN ROEB & BARGER<br>ARTHUR J. CHAPMAN, ESQ., CBN 79866<br>LAUREN S. KADISH, ESQ., CBN 271463<br>A PROFESSIONAL CORPORATION<br>11900 West Olympic Boulevard, Suite 800<br>Los Angeles, California 90064<br>Telephone:   310.207.7722<br>Facsimile:    310.207.6550<br>Email: achapman@cgdrblaw.com<br>Email: lkadish@cgdrblaw.com | GCA LAW PARTNERS LLP<br>KIMBERLY A. DONOVAN, CBN 160729<br>VALERIE M. WAGNER, CBN 157099<br>2570 W. El Camino Real, Suite 510<br>Mountain View, California  94040<br>Telephone:   650.428.3900<br>Facsimile:    650.428-3901<br>Email:  kdonovan@gcalaw.com<br>Email:  vwagner@gcalaw.com |

Attorneys for Defendants and Counterclaim-plaintiffs, MICHAEL JENZEH, STEFANIE JENZEH, OMNI ENVIRO LLC and Defendant MAGNATION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM BIOTEK PTY. LTD., an Australian proprietary limited company,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL JENZEH, an individual, STEFANIE JENZEH, an individual; OMNI ENVIRO, LLC, a California limited liability company, MAGNATION CORPORATION, a California corporation,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 12 1809 RMW<br>Action Filed: April 11, 2012<br><br>Case No. C-13-0564 CW<br>Action Filed: February 8, 2013<br><br>] ORDER DEEMING CASES TO BE RELATED<br><br>*Filed concurrently with Stipulated Joint Administrative Motion to Consider whether Cases should be Related* |

1

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORP., a foreign insurer licensed to do business in the State of California, | |
| Plaintiff, | |
| v. | |
| MICHAEL JENZEH AND STEFANIE JENZEH, husband and wife; OMNI ENVIRO, LLC., a California limited liability company; and QUANTUM BIOTEK PTY. LTD., an Australian proprietary limited company; | |
| Defendants. | |

**ORDER**

All parties to the above-captioned actions have filed a stipulated motion to consider whether *Capitol Specialty Ins. Co. v. Jenzeh, et al.*, No. C-13-0564 CW (N.D. Cal.), currently pending before the Honorable Claudia Wilken in this District, should be related to the action entitled *Quantum Biotek Pty. Ltd. v. Jenzeh, et al.*, No. CV 12 1809 RMW (N.D. Cal.), which is currently pending before this Court. Having carefully considered the papers on this motion, the stipulated motion is GRANTED. The clerk is directed to reassign Case No. C-13-0564 CW to this Court, and to vacate all pending dates before Judge Wilken.

IT IS SO ORDERED.

Öæˆʹʹʹˆ€⊠ʹH

_____
HON. RONALD M. WHYTE
Judge of the United States District Court